STATE OF NEW JERSEY v. CLIFFORD LEWIS.

June 1, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. CLIFFORD LEWIS.

June 1, 1976. Cross-petition for certification denied.

STATE OF NEW JERSEY v. JULIAN SARTOR.

June 1, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. DAVID CHEATHAM.

June 1, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. FRANK BENNETT, JR.

June 1, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. NELSON J. FULLAM.

June 1, 1976. Petition for certification denied.